UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:08cv229-RJC-DCK

| | |
|---|---|
| **CONSTANCE SPINOZZI**, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**LENDING TREE, LLC,**<br><br>Defendant. | **ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF SHERRIE R. SAVETT** |

**THIS CAUSE** having come before the Court on motion of local counsel for Plaintiff Constance Spinozzi for admission *pro hac vice* of Sherrie R. Savett, and it appearing to the Court under Local Rule 83.1(B) that Ms. Savett should be admitted *pro hac vice* as representing Plaintiff Constance Spinozzi.

**IT IS THEREFORE ORDERED** that the motion is granted and that Sherrie R. Savett is admitted to practice before this Court *pro hac vice*.

Signed: May 23, 2008

David C. Keesler
United States Magistrate Judge