**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**Case No. 3:08cv229-RJC-DCK**

| | |
|---|---|
| **CONSTANCE SPINOZZI, on behalf of herself and all others similarly situated,** | |
| **Plaintiff,** | |
| **v.** | **ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF MICHAEL T. FANTINI** |
| **LENDING TREE, LLC,** | |
| **Defendant.** | |

**THIS CAUSE** having come before the Court on motion of local counsel for Plaintiff Constance Spinozzi for admission *pro hac vice* of Michael T. Fantini, and it appearing to the Court under Local Rule 83.1(B) that Mr. Fantini should be admitted *pro hac vice* as representing Plaintiff Constance Spinozzi.

**IT IS THEREFORE ORDERED** that the motion is granted and that Michael T. Fantini is admitted to practice before this Court *pro hac vice*.

Signed: May 23, 2008

David C. Keesler
United States Magistrate Judge