UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:08cv229-RJC-DCK

| | |
|---|---|
| **CONSTANCE SPINOZZI, on behalf of herself and all others similarly situated,**<br><br>Plaintiff,<br><br>v.<br><br>**LENDING TREE, LLC,**<br><br>Defendant. | **ORDER** |

**THIS CAUSE** having come before the Court on motion of local counsel for Defendant Lending Tree, LLC for admission *pro hac vice* of Paul J. Bond, and it appearing to the Court under Local Rule 83.1(B) that Mr. Bond should be admitted *pro hac vice* as representing Defendant Lending Tree, LLC.

**IT IS THEREFORE ORDERED** that the motion is granted and that Paul J. Bond is admitted to practice before this Court *pro hac vice*.

Signed: June 26, 2008

David C. Keesler
United States Magistrate Judge