UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:08cv229-RJC-DCK

**CONSTANCE SPINOZZI, on behalf of herself and all others similarly situated,**

    Plaintiff,

v.

**LENDING TREE, LLC,**

    Defendant.

ORDER

**THIS CAUSE** having come before the Court on motion of local counsel for Defendant Lending Tree, LLC for admission *pro hac vice* of Mark S. Melodia, and it appearing to the Court under Local Rule 83.1(B) that Mr. Melodia should be admitted *pro hac vice* as representing Defendant Lending Tree, LLC.

**IT IS THEREFORE ORDERED** that the motion is granted and that Mark S. Melodia is admitted to practice before this Court *pro hac vice*.

Signed: June 26, 2008

David C. Keesler
United States Magistrate Judge