IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:08-cv-00229-FDW

| | |
|---|---|
| Constance Spinozzi, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>LendingTree, LLC, et al., )<br>)<br>Defendants. )<br>)<br>) | ORDER |

THIS MATTER comes now before the Court upon Plaintiff's Motion to Consolidate this action with two other actions pending in this Court: <u>Carson v. LendingTree, LLC</u>, No. 3:08-cv-247; and <u>Mitchell v. Home Loan Center, Inc.</u>, No. 3:08-cv-303. Because these three actions involve common questions of law and fact, and because all parties consent,

IT IS HEREBY ORDERED that Civil Action Nos. 3:08-cv-229, 3:08-cv-247, and 3:08-cv-303 be consolidated. All further proceedings will be docketed and filed in this action, 3:08-cv-229, only.

IT IS SO ORDERED.                             Signed: July 23, 2008

*[signature]*
Frank D. Whitney
United States District Judge